| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>McEwen, Catherine P. | 2. Court or Organization<br><br>Bankruptcy Court, M. Dist. Fla | 3. Date of Report<br><br>10/06/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>801 N. Florida Avenue<br>Suite 854<br>Tampa, Florida 33602-3899 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 2. | Director at Large Board Member (advisory) | Hillsborough Association for Women Lawyers |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | June 2015 | Western Michigan University Cooley Law School and I have orally agreed that I will teach one semester or more per year, subject to Eleventh Circuit approval. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 10/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/2016 | Western Michigan University Cooley Law School | $4,125.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | March 31- April 2, 2016 | Clearwater, FL | Annual Paskay Seminar | Lodging, mileage, meals. |
| 2. | National Conference of Bankruptcy Judges | April 26-27, 2016 | Washington, D.C. | Legislative Committee meetings on the Hill | Air fare, parking, ground transportaiotn, meals, lodging. |
| 3. | Turnaroud Management Association | June 2-4, 2016 | Nashville, TN | SE Regional Conference | Air fare, lodging, ground transportation, meals. |
| 4. | The Florida Bar | June 15-17, 2016 | Orlando, FL | Annual Meeting | Lodging, meals. |
| 5. | Jacksonville Bar Ass'n | August 25-27, 2016 | Ponte Vedra Beach, FL | Annual Seminar | Air fare, lodging, ground transportation, checked baggage fee, meals. |

| 6. | The Florida Bar | September 2-3, 2016 | Naples, FL | Business Law Section Labor Day Retreat | Mileage, lodging, parking. |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 10/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Ray Hyer/Gardner-Gibson/Sun Coatings | Outback Bowl tickets, parking pass, tent brunch (?) | $395.00 |
| 2. | Reem Sawan and Sami Al-Samkari | Two - 6" 3D Photo Crystal Hologram "Best Judge" awards | $428.00 |
| 3. | The Florida Bar | Registration waivers for Annual Meeting, BLS Labor Day Retreat, View from the Bench | $825.00 |
| 4. | USF Alumni Association | Gala dinner, football suite tickets, Bull statue and plaque | $850.00 |
| 5. | Tampa Bay Bankruptcy Bar Association | Dues waiver, 8 formal/8 consumer lunches, holiday party, guest lunches, annual dinner | $410.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WELLS FARGO DDA/Savings/MMA Accounts | A | Interest | M | T | | | | | |
| 2. State Farm Bank Account | A | Interest | J | T | | | | | |
| 3. SCHWAB IRA (H) (4-32 BELOW) | | | | | | | | | |
| 4. BND | A | Int./Div. | J | T | Buy (add'l) | 05/11/16 | J | | |
| 5. BOND | A | Int./Div. | | | Sold | 05/11/16 | J | A | |
| 6. DFJ | A | Int./Div. | | | Sold | 05/11/16 | J | A | |
| 7. EFV | A | Int./Div. | J | T | Buy | 05/19/16 | J | | |
| 8. ELD | A | Int./Div. | | | Sold | 05/19/16 | J | A | |
| 9. EMB | A | Int./Div. | J | T | | | | | |
| 10. EMLC | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 11. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 12. FCG | A | Int./Div. | | | Sold | 05/11/16 | J | A | |
| 13. IQDF | A | Int./Div. | J | T | Buy (add'l) | 05/11/16 | J | | |
| 14. ITR | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 15. JNK | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 16. | | | | | Sold (part) | 10/31/16 | J | A | |
| 17. MOAT | A | Int./Div. | | | Sold | 05/11/16 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PHB | A | Int./Div. | | | Sold | 05/11/16 | J | A | |
| 19. SCHP | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 20. SNLN | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 21. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 22. STPZ | A | Int./Div. | | | Sold | 05/11/16 | J | A | |
| 23. VB | A | Int./Div. | | | Sold | 05/11/16 | J | A | |
| 24. VBR | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 25. VEA | A | Int./Div. | J | T | Buy (add'l) | 05/11/16 | J | | |
| 26. | | | | | Sold (part) | 09/19/16 | J | A | |
| 27. VO | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 28. VOE | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 29. VTI | A | Int./Div. | | | Sold | 05/11/16 | J | A | |
| 30. VTV | A | Int./Div. | J | T | Buy | 05/11/16 | J | | |
| 31. VWO | A | Int./Div. | J | T | Buy (add'l) | 05/11/16 | J | | |
| 32. | | | | | Sold (part) | 09/19/16 | J | A | |
| 33. AMERIPRISE IRA (RIVERSOURCE) (H) (34-42) BELOW) | | | | | | | | | |
| 34. ALLBERN VPS INTL VAL | A | Dividend | | | Sold | 12/08/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  FID VIP CONTRAFD CL2 | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 36.  FID VIP MID CAP CL 2 | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 37.  COL VP DIVND OPP CL 3 | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 38.  COL VP MID CAP VAL CL 3 | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 39.  WANGER USA | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 40.  WANGER INTERNATIONAL | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 41.  FT VIP SMALL CAP VALUE | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 42.  OPPENHEIMER GLBL STRATEGIC | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 43.  MASSMUTUAL ANNUITY IRA (H)<br>(44-48) | | | | | | | | | |
| 44.  MML EQUITY | A | Int./Div. | L | T | Buy | 12/20/16 | K | | |
| 45.  MML GLOBAL | A | Int./Div. | K | T | Buy | 12/20/16 | K | | |
| 46.  MML GROWTH & INCOME | A | Int./Div. | L | T | Buy | 12/20/16 | K | | |
| 47.  MML MANAGED BOND | A | Int./Div. | M | T | Buy | 12/20/16 | K | | |
| 48.  MML MID CAP GROWTH | A | Int./Div. | K | T | Buy | 12/20/16 | K | | |
| 49.  BANK OF AMERICA CHECKING<br>ACCOUNTS (PARENTS') | A | Interest | M | T | | | | | |
| 50.  AMERICAN FUNDS ROTH IRA (H) | | | | | | | | | |
| 51.  AF GROWTH PORTFOLIO CL A | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McEwen, Catherine P. | 10/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt. V.

No. 3: Direct-pay meals are included in the registration for the Labor Day Retreat, but I have insufficient information from which to allocate the cost of the meals to reimbursements in Pt. IV.

Pt. VII.

No. 49: I am a signer on my parents' regular and money market checking accounts. Although I am legally on the title, I am not a beneficial owner.

| Name of Person Reporting | Date of Report |
| --- | --- |
| McEwen, Catherine P. | 10/06/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Catherine P. McEwen

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544